COOMBS, Terry
_____
Name
1439 W. Chapman Ave.
_____
Orange,   CA   92868
_____
Address

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 JAN 19  PM 3: 14

CLERK-SANTA FE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

COOMBS, Terry _____ , Plaintiff
(Full Name)

v.

FENN, Forrest; OLD, Zoe;
KILE, Jenny;
PRESTON, Douglas;         Defendant(s)
SWIFT, Taylor;
STUEF, Jack;

CASE NO. __CV 22-41_____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.   JURISDICTION

1)  ___COOMBS, Terry_____ , is a citizen of ___USA_____
        (Plaintiff)                                      ( State )

who presently resides ___1439 W. Chapman Ave.___   Orange, CA   92868
                         at (Mailing address or place of
                             confinement)

2)  Defendant ___FENN, Forrest ; (posthumously)_____ is a citizen of
                  (Name of first defendant)

                                                   , and is employed as
    _____USA_____
                  (City, State)

                                                   . At the time the claim(s)
    ___Old Sante Fe Trail, Sante Fe, NM_____
          ( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state law?

Yes ☐ No ☒ If your answer is "Yes", briefly explain:

XE-2     2/78          CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3)      Defendant _OLD, Zoe; KILE, Jenny (Pennsylvania); PRESTON, Douglas;_ is a citizen of
_SWIFT, Taylor; STUEF, Jack_____
                     (Name of second defendant)
_____USA or it's Territories_____ , and is employed as
                     (City, State)
_____Unknown residing addresses_____ . At the time the claim(s)
                     (Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state . law
Yes ☐ No ☒ If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4)      Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you wish to
        assert Jurisdiction under different or additional statutes, you may list them below.)

# B. NATURE OF THE CASE

1)      Briefly state the background of your case.

0.   This case was originally 8/20/2021. The Court dismissed the case after four months and said that a Claim was not made. This Complaint filing has correctly worded legitimate claims and pleadings and is similar the original complaint. The evidence continues to grow in this case.
     The Court stated: The Court dismisses the Amended Complaint for failure to state a claim upon which relief can be granted because Plaintiff has not alleged plausible, non-conclusory, and non-speculative facts that the treasure was hidden at the location identified by Plaintiff or that Fenn or others retrieved or conspired to retrieve the treasure from the location identified by Plaintiff.

   a.   Petitioner asks the Court for the allowance of an addendum supplement to this Complaint if the Court does not feel that the allegations, claims, pleading and explanations are sufficient to warrant a real case that can be moved forward in the Courts.
   b.   Plaintiff has filed form E211 with the Dept of Treasury IRS for whistleblower rewards. The IRS will be contacting Jonathan Jack Stuef.
   c.   Petitioner has admiration for some of the Defendants but they show no remorse or will for resolve and truth. Five Searchers died searching after Petitioner notified Fenn that his game was over in 2016. The families deserve closure and the real story of the fraudulent Fenn game.

1.   An elderly Sante Fe man, F. Fenn, created a public advertised Treasure Chase Hunt in the Rockies in 2010 worth millions for a finder clue solver. 350.000 people searched for a Chest. The Chase is renown. Plaintiff solved the location and the Treasure was not there at his special place in New Mexico in 2016.

2.   Petitioner sent Fenn pictures and explanation in email (forrestfenn@gmail.com) so that he knew in Sept. 2016 that the hunt was over. And suggested that the Treasure Hunt was not a good situation for his NM location. He never replied. I waited years for him to announce that the Treasure was found. He might have said at any time that he did or did not know who found the treasure. After four years he announced that someone from back-east had found the treasure that week of June 5, 2020 in WY.
     The Fenn treasure hunt was an illegal wild goose Chase with no prize available for the winner.

3.   Plaintiff investigated his hunt for those 4 years and found that his artifact digging search partner Jenny Kile knew the location in NM years before 6/6/2020. Fenn advertised many times that only he knew the location and that the

Hunt was fair to all worldwide. Plaintiff proves over & over that he revealed the location to many people over ten years. Any of dozens could just go pout to Navajo Peak and pick it up, but Kile already had been there first.

4.  Then music star Taylor Swift wrote two albums in 2020 with main content based on the Hunt. She exposes in lyrics and videos that she knows the location and understands dozens of hints and clues released over the ten years. Swift is not a Treasure Hunter. The lyrics point to her knowing Fenn oddly well.

5.  In July 2020, Plaintiff sent Discovery Channel Treasure Hunter Josh Gates a fifty-page news article that I had put together by 6/10/2020 and released on Amazon Kindle: Title to the Gold, A treasure Hunt Solve, showing the location and proving that Fenn was running a scam on the Public. He did not reply and he continues to create more TV episode content for profit about the unsolved Fenn Hunt treasure location. He is helping a fraudulent conspiracy by doing his part which is to help push the Fenn name & legacy creation onto the Public. Gates may have an explanation not yet received by Plaintiff. His email is not included here for privacy. Also, Santa Fe New Mexican Reporter D. Prokop & Colorado Public Radio Reporter G. Hood have had my Solve Article information since 6/12/2020 & will not email reply or call me or report on it. It may be lack of due diligence. Either could have published this story.

6.  Petitioner has written/published five 'tell all' News Articles beginning 6/10/2020 of a five-year investigation and exposing Fenn's Treasure Team. See ~180 pages of Proof Articles or search Amazon.com for the collection of News Articles titled: The Fenn Treasure Conspiracy, Solve Proof. Any correct Navajo Peak solve of the Fenn Treasure Hunt must have been published before 6/10/2020 to be considered a legitimate real Solve that was discovered & concluded without tampering from Fenn Insiders with knowledge of the real Solve in which was not supposed to be in the public realm or it came from my News releases on Amazon. Dozens or hundreds of Fenn friends & Insiders know the real Solve, my Solve, but must keep their secrets because Fenn said that only he knows the Solve. That would be the only way to claim a fair & unrigged international contest. I have never spoken to, corresponded, live streamed with, or obtained any Hunt solve information from any other Searcher as of today.

7.  Fenn chose his friend/partner J. Kile to be the winner. Once there would not be a winning prize for any real Searcher, he said that his intentions for the Hunt Chase is about 'getting people out in the Rockies with friends & family for the fun & memories'. But the real Searchers are outraged over the Treasure Hunt secrecy & obvious hoax ending being acted out by J. Stuef as Finder. This Complaint exposes & explains the Fenn Treasure Chase fraud. Fenn, Old, Kile, Preston, Stuef & Swift are Fenn Treasure Chase conspiracy 'Insiders'.

8.  Jack Stuef is fraud winner chosen by Fenn, Kile and Preston to save the game and Fenn reputation. Fake bread crumbs of his plans have been left behind on the Internet for years to fool all. He stated the Treasure is in a lockbox in Sante Fe. He plans to sell for cash, and move the cash to his new home Puerto Rico, tax free. Plaintiff begs the Court to hear this case and not allow a WY fraud solve be the end of the game and a big loss of tax revenue for the US Government. Allegations of a million-dollar tax fraud scheme should be heard by the US Courts. We citizens all agree that this is worthy of our day in Court is search for justice.

9.  An Attorney is being sought by the Petitioner at this time to handle the Court proceedings.

XE-  2/7  -22   8

## C.  CAUSE OF ACTION

1) Plaintiff alleges that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.
A)(1)  Count I:
Claim: Fenn did not have the prize available for his game winner. He committed fraud against the Petitioner. 100 clues created over ten years point to an exact location on Navajo Peak NM. The Plaintiff was the first real Searcher to solve the game winning location and the prize was not there. The NM location must be understood by the Court and Jury as absolute 100% of being correct. Plaintiff is filing 100 pages with this Complaint to explain just some of the ~100 game clues. The prize may have never been placed in the location which makes the game a scam. Plaintiff bought in to the Fenn game and his clue books costing 160 dollars. Fenn entered into an oral contract will all Players and told participants to buy his game clue materials, the clue books.

**What: Conspire to falsify, participation in fraudulent activities, of the Plaintiff as to never be responsible for wrongfully retrieving or never placing the Treasure. Events creation to fool Plaintiff into wanted Treasure status beliefs: Who: All Defendants are Co-conspirators: When:** 2013-2021 Against world advertisements that a treasure was out in the Rockies from 2010 to 6/2020. Plaintiff is the first Real Solver of the Hunt. **How:** Said person(s) drove out to the location in NM & picked it up. Dozens or hundreds of people know the location and Solve, my solve, but all were helped or told the Solve by Fenn or his Insiders. The Hunt was advertised worldwide in print and TV that the First Solver

would be the Owner of the Treasure. Millions of people are aware of Fenn and his Hunt. Fenn and Kile published hundreds of clues over the ten years. *Why:* Control. Legacy. Retain his investment for a better cause than allowing a stranger to have it. The Treasure was never meant for a real Searcher to find after Kile was chosen. It was in control of Fenn & Kile and would act as payment for Kile to create & build his fame.

## (2) Supporting facts:

**1.** The Fenn Estate, managed by Z. Old, will stop at nothing to manipulate this Treasure & Hunt. Old swore the Estate does not have the Treasure. J. Stuef said that he is waiting for the Treasure but has it in his Sante Fe lockbox. A cover-up has been underway for years. This Treasure is not going to any real Solver if they have their way. This is not a normal situation. The Treasure list of contents and values may be gone. Jonathan Jack Stuef could call foul but does nothing. Even if Stuef emerges with the Treasure now, it could be a continuation of the fraud. Any sale of the Treasure can never be trusted as real. Only the Real Solver holding the Treasure proves a direction away from fraud & toward a direction of legal and moral resolve.

**2.** See MysteriousWritings.com. Fenn & Kile posted new clues on Kile's website each week for years. They are partners in the Fenn Hunt. Fenn was already aged. He hired more help to answer emails, create other websites/content & go on TV shows. Millions worldwide now know of Forrest Fenn because of his famous American treasure hunt. They spent time together back in 2012 to create picture clues at the San Lazaro artifact dig site.

**3.** J. Kile created and released a clue for Fenn in 2016 **about India**. Fenn confirms 8/12/2016. See YouTube.com video titled: (MW Answers: Forrest Fenn Treasure, Little Girl from India, and BOTG Question) see 3:54 mark. She doesn't understand that she contradicts herself and exposes that she created the first question clue about India per Fenn statement. The clue is not just about a girl. It is about the NM Treasure location. A **one-half mile river cut (it's one in a billion chance) geo-formation** that is exactly the shape of India and it appears as a geo cup holder for the mountain location of the hidden treasure, & serves as a pull-out from a river for Searching, & is 8.25 miles (Fenn clue) from the put-in point from the poem of clues. It's an impossibility for her to create such an amazing clue about India without exact location knowledge. See Articles for pictures and pages of explanations. See pages 80-82.

**4.** Kile exposes her knowledge of the Flutterby Bracelet clues & maverick rock key-slot & Winds in the Willows clues from the India video. Bookcase arrangement clues are common in the Hunt. Winds in the Willows is right there in the video for all to see. She understands the toad & maverick clues.  See pages 26-28. She started exposing her location knowledge in 2016 & to this day calls herself a Fenn Treasure Searcher. She is not a real Searcher. She is a paid Insider, narrative creator, Chase controller puppet-master, event creator, Hunt ending manipulator, Fenn Treasure Team Leader.

**5.** Fenn friend D. Preston stated at a Public interview on You Tube titled: (Forrest Fenn, Douglas Preston & Shiloh Old at Collected Works Bookstore, November 2, 2017) that he knows the new book had new vital clues at the 14 to 16 minute mark. Fenn's plan for the Hunt in the mid 90's inspired Preston to write a bestseller book called the Codex. Fenn had told Preston Hunt details against advertising otherwise. Preston is exposed as a friend/Consultant of the hoax hunt. Also, Preston stated/posted on a stream in 7/2020 that "**only Cinderella is happy**" about the ending. Cinderella is the name that J. Kile gave herself years ago. She is a rags to riches story. Preston's post assures us that Kile had the Treasure in 7/2020, weeks after Stuef showed up with the Chest.

**6.** Fenn told T. Swift Hunt details and clue solves as exposed in her work that won Grammy Album of the Year 2020 and her net worth has risen fifty million dollars. She continues to lead the Public on a scam Hunt ending and praises Fenn's deceit of the Public & any real Solver. Willow is a common clue of the Hunt, Pages 26-28, 137-141. Music videos willow, cardigan, tolerate it, invisible strings, [renegade, crevice shape on little finger at 2:58.5 mark & others] see pages 181-204 all expose her knowledge. Most of the folklore and evermore albums & videos have lyric and shape New Mexico clues. She presents the rock key-slot shape clue. And Fenns angle. See pages 183. She re-creates dozens of Hunt clues. The work has set Industry sales records. The 2/2021 Grammy TV performance included many real NM clues. T. Swift's intentions are to create, use the Hunt as a muse, and she does not need to worry about any complications of exposing her knowledge.

**7.** The Treasure Team assures themselves that their fraudulent deeds are righteous & honorable with a narrative that World Tourist Savages will trash on our BLM land Navajo Burial Ground & must be kept ignorant forever of the Real NM Hunt Solve - as the Team accepts payment & the proceeds of Treasure in gold, diamonds & rubies. My investigation is searching for a missing emerald ring potentially being held by T. Swift. If Fenn would have done as he said, & never told or given extra secret clues to anyone, then plaintiff would be holding the Treasure, since 2016. Time has passed & the Conspirators have made many moves that fully expose themselves. The location has been public on Amazon.com since 6/10/2020 for any good Searcher or Fenn Treasure Team or Insider or Reporter to find.

## D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?          Yes ☒      No
If your answer is "YES" describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

 

 a)    Parties to previous lawsuit.

        Plaintiffs: _____

        Defendants: _____

 b)    Name of court and docket number:

 c)    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

 d)    Issues raised: _____

XE-2    2/78                            — 4 —

 e)    Approximate date of filing lawsuit: _____

 f)    Approximate date of disposition: _____

I have previously sought informal or formal relieff from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☐   No ☒   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

REQUEST FOR RELIEF

| | |
|---|---|
| The Treasure, full rights, documentation, history of each item, certificates | 2.5M + penalty |
| Missing advertised contents, audit required | |
| Solving, searching, investigating, investing, traveling for years | |
| Defrauded into false belief that this Treasure could be found by anyone including Plaintiff | 3.5M |

**Relief Option 1:** The full advertised Treasure in full weathered corroded condition, rusted key & willow twig & missing emerald ring, original artwork of man in overalls & gypsies sketches of clues, original digital file of flutterby in drawing format, any real mock-up of the flutterby, the contact information of any holders (spallies) of any flutterby bracelet, documentation, history of each item, all certificates, currently held by Z. Old, and/or J. Kile, J. Stuef, T. Swift, others plus $1,000,000 & any Attorney fees & tax liability. Plus, the original digital photoshop or other edit drawing file & any mock-up of the green rock key from San Lazaro. And the scissors with rust untampered. Plus a statement that Plaintiff NM solve is correct and Plaintiff is the Solver.
**Or Option 2:** $6,000,000 plus any Attorney fees. Plus, from the Chest, Item 1: the 1903 rusty gold clue-coin. & Item 2: the twig. Plaintiff seeks compensatory $2,500,000 & punitive $3,500,000 in damages equaling the $6M. Plus a statement that Plaintiff NM solve is correct and Plaintiff is the Solver.

Signature of Attorney (if any)

_TBD_

Signature of Petitioner

Terry Coombs

XE-2      2/78                          - 5 -

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.

Executed at ___Sante Fe, New Mexico___ on __19th of January__ 20_22_.
                (Location)                     (Date)

                                          Terry Coombs
                                (Signature)

XE-2 2/78                              - 6 –

## Continuation of Facts:

**8.**Fenn planned before 2010 to use a secondary location if the Hunt was solved in less than ten years or his NM was too controversial. A recurring theme, Fenn's main goal of a Hunt was to create a long-lasting public legacy for himself before his passing. He placed some hints in his well sold books in 2010 about the hunt that would be a backup and thus move the Treasure location from the primary location in New Mexico to a fake secondary location in Wyoming. Fenn or Kile were artificially aging the Chest at home from 2013-2020 and contents for many years but made mistakes that expose their deceit of the Searchers worldwide. Pages 206-207

**9.**When Stuef presented his new-found treasure contents in Public released photos carefully exposing clues in 2020, some of the gold was spotless and unaged like the Chest. Stuef said he had cleaned the contents in a motel room which was impossible with his towel. He points the Toad nose at an oval bracelet & the NM key-slot location exposing that he understands the real NM Solve. The mouse is pointed against an oval. The second toad nose in upper left photo is against an oval. It is all staged by Stuef and others. Dozens of other supporting facts & Treasure Team mistakes are in the News Articles. Fabrications may be released to invalidate each Fact on this document. The Fenn Treasure Team has been paid well to manipulate any truth or solve. Their Testimony along with others will expose the conspiracy.

**10.**Others participation is concluded in the Articles and may be presented during Court proceedings. Millions of Fenn Hunt Followers globally deserve the real story. The Fenn Treasure Team must think that a Real Solve does not exist or they would not have been so daring to place multiple NM Solve clues in so many of their fake WY public releases. The Team has many supporters not named here that each know pieces of/or NM/WY Solves. The Treasure Team has been causing terrible distress for disgruntled Searchers & will try to find a way to discredit this Complaint. It is all secret so they do what they want. The Treasure moves around. The Conspirators view the large Search Community as Pawns that need to go away without closure. Stuef will be paid off soon, but if Treasure is used then that may be a hoax also. The Fenn Estate with Insiders can change anything at any moment to discredit allegations. And once again, this week, they will alter course to try to preserve the Chase integrity & Treasure.

**11.**Searchers were dying in the Rockies as each year passed 2016-2020. Police were asking to end it. A believable scam ending could save all of their 'honest treasure hunt Guru' reputations and Fenn as a 'rich & famous good guy'

**12.**I am the only Searcher to Solve the clues & find the blazes & mountain & crevice & go down into the cave at Fenn's angle tied off with ropes to his tree, to the NM Treasure location with absolute zero chance of being wrong. There are Searchers who like the location as their Solve, but they have not solved the clues, the Flutterby Bracelet shape & the other thirty clues that point to this place. One must still solve the crevice shape clues to be 100% correct which then raises one to a full Hunt Solver & to a level of being defrauded. No one could prove that there was not a treasure in the Rockies since 2013, if not one person ever solved the Treasure Hunt 100%. I fully solved in 2016. A few Searchers made it to the Treasure area but could not solve that they had found the Treasure location. On visits, I leave items were the Treasure rested in 2010, and the items have not been moved in the last five years.

**13.**Fenn (or email reader paid employee) believed that I was guessing about the location & had not solved the dozens of clues. This fact is why all Conspirators believe that they never have to release the Solve or location to the Public.. J. Kile has made many moves such as a fake poem cypher release to quiet people but she always makes mistakes. Fenn allowed her the **Treasure & Hunt control after 2013**, He said it himself that he was old & retired to a chair & turned it all over in 2013 and then he sadly watched as she took his Hunt down, till he knew it was his time to go in 2020. Swift writes about it. He never congratulated Stuef because Stuef had done nothing.

**14.**Kile has to make herself look innocent of working with Fenn & accepting the Treasure with a wink. Swift winks at the Fenn Insiders in her cardigan TV commercial. The Fenn Treasure Team & Insiders are two sets of different people, except for Kile. The Team are worker bees while Insiders are a secret group. The 350k Searchers worldwide will not accept that a Fenn partner/employee ran off with the Treasure. Preston said Cinderella was happy.

**15.**Stuef may have only seen the Treasure once, from a photo shoot with Fenn in 2020. The Co-conspirators were there to set-up the clues in the Fenn/Stuef photos, see pg. 207. Stuef said that the WY blazes clues are all gone & only he knows the nook location of his Treasure. It's very convenient that there are not any clues for WY that pin down the exact spot. The location in NM has dozens of clues that pin down the exact spot i.e. flutterby, India, toad, maverick key-slot, sketch of man looking at the moon with a dove, sketch of gypsies.

**16.**They all will not stick to Kile's & Old's & Fenn's manipulation stories because they received almost nothing compared to her take of the Treasure Loot. And then watching some new guy, Stuef, get paid $2M in Puerto Rico after their years of hard work for Fenn & his legacy. Now, Old &/or Kile appear to be holding the Treasure from Stuef. They will decide the Treasure's fate. Stuef is somehow very close to them to trust that he will get paid one day. I parody in the Articles that it is a secret society type connection. It's all obvious to millions worldwide that there are secret puppet-masters ruling over the Hunt hoax ending. It's Kile, Old & Preston (Consultant).

Many people have good reason to 'tell all' but Insiders will be reluctant to talk. The Fenn Treasure Team workers (not named here) do not know the Insider Elites.

**17.** not used

**18.** Other than Fenn Insiders & the Treasure Team with given knowledge, (a few Searchers wonder if there is a Swift connection but have solved nothing to prove it), I am the only person in the world as of today, that fully understands the T. Swift re-creation of the Fenn Chase & clues in lyrics, videos & the Grammy performance. 20-100 million people or more worldwide may now be interested in learning about this treasure tale & the clues that Swift re-creates. A new international group may become Fenn Treasure Chase fans. The Chest & contents are important beyond just a buckskins value. The fans will not care if their Idol knew that Fenn was not playing a fair game for all. Tickets will sell-out in seconds as always.

**19.** Plaintiff requests to use the actual Treasure as evidence. Plaintiff requests the Court to seize the Treasure immediately. Old and Stuef should have access to the Sante Fe lockbox. I will possibly be able the prove that the Treasure was artificially aged at the Fenn residence in Sante Fe or in a certain town in Pennsylvania by Kile. If chlorine, fluoride or other certain chemicals are present with the rusted items, then that is proof it was not aged in nature but was aged with city tap water or a specific well water. The Treasure should not be further touched as an attempt to wipe away evidence. The Treasure has potentially already been cleaned & tampered with by Defendants Fenn, Old, Kile & Stuef. Any evidence tampering could be considered criminal.

**20.** If the twig from the Chest is conveniently missing, then Plaintiff cries foul, & wishes the Court to consider criminal evidence tampering charges for Fenn, Kile, Stuef. The twig can possibly be traced back to South Dakota.

**21.** A pair of scissors was added to the Chest 2010-2020. Kile saw on google maps a geo-formation next to the Treasure location & geo-India that looked like scissors. She created another geo-clue similar to the geo-India clue. Fenn was surprised to see rusty scissors in the chest 6/7/2020. He said he didn't remember them. Kile added the scissors as a surprise for Fenn, but Fenn wasn't amused. Fenn knew Kile was making big mistakes with his Hunt. See evidence page 40.

**22.** The scissors in the Chest is 100% proof that: Kile was in procession of the Chest between 2010 & 2020 & that Kile was manipulating Chest contents in the years 2010-2020. She proves my allegations. She misjudged the potential of a Real Solver existing during her clue creations. Fenn created the Blaze shape, Peak/Flutterby shape & George Washington profile geo-formation-shape clues before 2010, & Kile added to them after 2010 with the India & Scissors geo-formation-shape clues. Fenn let Kile get themselves caught by the one Real Solver.

**23.** The evidence is absolute & undeniable. Fenn & Kile are in a Fenn Chase absolute, fully solved, & documented **Partnership**. Z. Old entered the Partnership after Mr. Fenn's passing by default. This Partnership is the big secret from the Searcher Community & is of the upmost goal of the many knowledgeable Operatives, the workers, for the Treasure Team, to keep this secret.

 It is not yet completely known how the many Operatives are being paid by the Treasure Team. The Treasure Team is not named in this Complaint. Only J. Kile is a Fenn Partner, Insider & Treasure Team member. She is the secret Team Leader. Many Operatives for the Team do not know themselves of the Fenn/Kile Partnership as this secret may not ever be known or the entire Fenn Treasure Chase/Hunt will collapse as a hoax/scam/fraud by Hoaxers/Scammers/Defrauders.

---

**24. Plaintiff alleges fraud by Defendants.**

*1)Plaintiff alleges specific fact: Fact:* Fenn made an oral contract with Plaintiff through his public released statements that he had created a game for the public, & that Plaintiff could win his treasure hunt game worth millions of dollars. Fenn wrote two books for Plaintiff to purchase for $160.00 that would help Plaintiff find the secret location of the treasure. Fenn then broke the oral contract. Fenn also wrote statements in his books that his game winning treasure was available for Plaintiff to recover. Fenn then broke his written contract statements. Fenn explained secret details of his game to his estate representative Old, friend Preston & friend Swift.

[See Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991) ("conclusory allegations without supporting factual averments are insufficient to state a claim on which relief can be based.]

Forrest Fenn had his game winning treasure retrieved from NM location before 9/2016 (Petitioner was at the location 9/2016) and then he declared and stated his game as over 6/8/2020 because it was found 6/6/2020. News articles were released by Fenn 6/8/2020. I am the first Solver of the Fenn game. The first person/solver/player of the Fenn hunt/game was denied the $2.5M treasure. Kile became a partner with Fenn & they went out digging for Indian artifacts many times 2012-2016 as stated by Kile on her website. The Kile website has many postings as to show proof that Kile had the chest. Kile plays a game with Searchers to see if anyone can catch her with the treasure. The 'desk of clues' clue on the Kile website is her absolute proof to all that she because a rags to riches story and has the chest. See attached photos from the Kile website.

*Agreement:* Fenn & Kile agree to remove Chest from NM location & Kile take possession before 9/2016.

*Concerted action:* Kile and Fenn remove Chest from game winning location with Fenn's knowledge between 4/2015-8/2016.

Ref from previous: The Court dismisses the Amended Complaint for failure to state a claim upon which relief can be granted because Plaintiff has not alleged plausible, non-conclusory, and non-speculative facts that the treasure was hidden at the location identified by Plaintiff or that Fenn or others retrieved or conspired to retrieve the treasure from the location identified by Plaintiff.

**Ref. -** Some research-oriented fake and real Searchers believe Fenn was a CIA Operative. Cher, Jackie-O, John Wayne and John Connally- shot with JFK and Fenn fake Russian art legal business Partner, spent millions at the Fenn Gallery and they spent nights at the Fenn estate in Sante Fe, NM. Fenn is not ordinary.

The following is a more detailed pleading in which will be concluded as non-conclusory by the Court.

2)Plaintiff hereby is stating a claim for fraud. Plaintiff hereby <u>claims </u>to be the winner of the Fenn Treasure Chase and demands relief from this Court. Fenn withheld the prize in a deliberate hoax scam fraud.

Scenario: The NM Court did not accept the facts from the previous 8/20/2021 Complaint as plausible and non-speculative. If Defendants had committed felony crimes on Navajo Peak NM, and released a hundred clues for anyone to solve, and someone did solve the crime based on the 100 clues, then it would not matter, the criminals would be un-prosecutable because no person saw the crime or received an email confessing the crime because the 100 solved clues are speculative for the Court.

If no one saw Fenn on Navajo Peak carrying the prize in 2010 and if no one saw Fenn or Kile on Navajo Peak picking up the prize before 9/2016, then the Court might conclude Coombs is speculating on facts. Fenn and Kile created 100 clues in which point to their presence on Navajo Peak placing and retrieving the prize. The 100 solved clues are Facts and are not speculative.

Plaintiff begs the Court to allow a day in the court for Plaintiff to fully detail the solved facts in this case if the Court is not understanding the facts.

<u>Solved clues that were created by Defendants, are non-conclusive and non-speculative by Plaintiff.</u>

<u>This case may be a Landmark case for the US Judicial System and should be heard.</u>

4) The ~100 created contest clues in this case must be allowable non-speculative evidence and part of a well pleaded claim and allegation in the quest for justice in this Court of the People. The Court may not have a previous case in which to refer as this is a case of people who understand how to skirt the law and do wrong to ordinary citizens.

10) Claim: Forrest Fenn created a contest. He created a hundred clues to solve the puzzle. All 100 point to an exact gps location. Fenn refused to turn-over the prize to the winner, the Plaintiff.

11. The exact hiding location is required to be understood for this case to be accepted as a well pleaded based on these claims and allegations. The Court must understand how only three people on the Planet knew the exact location as of 9/20/2016 and why that implicates Kile.

Plaintiff begs the Court for a Court date to present the facts and overwhelming evidence.

<u>12) Plaintiff hereby claims to be the winner of the Fenn Treasure Chase and requests relief from this Court. Fenn withheld the prize in fraud and conspiracy cover-up.</u>

The allegations are well pleaded and attached are close to 100 pages of proof pleadings and evidence. Please, NM should not allow this fraud travesty against the People to go unheard by the Court.

13)  not used

14) A Claim has been presented and allegations and facts have been presented beyond speculation. This case is worthy of a Jury trial in this state. A day in Court may be required for the Court to understand the case. Plaintiff is not a felon or any type of criminal in the USA and claims civil rights to judicial due process.

15) A NM Attorney will represent Plaintiff moving forward, possibly from the Navajo Nation.

16) The game solve and hiding location first must be <u>100% understood and believed as absolute by the Jury.</u> The following is calculated as to understand how much error may be in the Coombs Solve.

The <u>topo map shape</u> exactly matching the <u>shape of</u> Navajo Peak and the <u>Turquoise Bracelet shape</u> is a 1 in a million chance to be accidentally created by Fenn.

The shape of the India geo-<u>earth formation and the fact that Kile created an India clue</u> is 1 in a million chance of being accidental.

The key rock shape matching the geo formation key slot on Navajo Peak and matching Turquoise Bracelet key slot shape are another 1 in a million chance of being accidentally created by Fenn. And re-created in many Swift videos.

The geo formation of the Rio Chama next to the India formation matches George Washington's face profile and is included in Fenn books and sketches and Swift videos is another 1 in a million chance that it is all accidental that Fenn created the Washington clue.

1/1M x 1/1M x 1/1M x 1/1M = 0.000000000000000000000001% chance of not being the exact prize hiding location of Fenn. The chances that the Coombs is incorrect is 1 in a trillion-trillion or 0%. These facts are real and a debate would be futile for the Defendants. It is impossible to discredit these facts. The shape of the hiding crevice clues are not even included in this calculation.

17)Forrest Fenn spent fifteen years creating his contest with dozens of clues and these are the absolute clue solves.

18)If the prize was not placed in the cave on Navajo Peak then Fenn wasted years creating his game of clues. For Fenn/Old to claim WY is sad and not true. The nine poem clues line-up and point directly to Navajo Peak NM.

19)If Fenn planned to use dozens of Navajo Peak clues created over ten years as a decoy to through off good Searchers, and hide his prize in WY, then he created a sham from day one. The poem of clues fits perfectly with the Coombs/Fenn Solve. He did not waste his last years creating a hoax but was forced into a hoax fraud when he chose to pay Kile with the game prize.

Several female searchers have said since 2017 that they received trips from Fenn and free Sante Fe hotel adult meet-ups with Fenn in exchange for extra help in solving his contest. This odd situation is not planned to be brought more into the light by the Plaintiff at this time. Fenn was hinting WY after 9/2016 and sending folks to WY to get the WY narrative popular. Fenn did place some WY hints in his two books that Searchers were told to buy and study. The WY 9 mile hole and Madison River and Cody Joker Church hints do not create a contiguous path using the poem of clues and is a sad unacceptable ridiculous stance for the Fenn family and Insiders as the game solve.

**_Facts and pleading for relief of claim: It does not matter at this point if Fenn did not place the prize in NM or anywhere else. He created dozens of detailed clues pointing to Navajo Peak and published the clues in books and told Searchers to pay the $160.00 for the important information. If the prize was not in NM, then Fenn created a scam with the last 20 years and thousands of hours of his life for absolutely nothing. His legacy would one day would become Fraud Fenn._**

It does not matter if the prize was never placed in the Rockies or was retrieved from the Rockies. The game was a fraud the minute that the Plaintiff discovered there was no prize at the special Fenn hiding location as dozens of clues point to this exact location in 9/2016.

## Repeat of allegation: The Fenn treasure hunt was an illegal wild goose Chase with no prize available at the end for the winner.

20)48WY, the Fenn/Old sworn affidavit location will not match up even 5% of the few WY clues. Stuef will not swear in an affidavit the same WY solve that Fenn swore. Stuef has a long life ahead and does need a felony perjury count against him. A Jury will side with the 1 in a trillion-trillion of being wrong, the 0% chance of being wrong, Coombs Solve.

21)It is 100% proven that Coombs has a legitimate civil case against the Defendants.

22)The facts have hereby been set forth for the Court. A Claim with real undeniable supporting facts and well pleaded allegations have now been set forth. It is time for this Court to move forward so the People and Plaintiff may get their justice and relief.

23) How does Plaintiff know 100% non-conclusory that Fenn and Kile removed the prize from Navajo Peak?

a. It is proven fact at this point that Navajo Peak is the absolute hiding location. This fact need not be debated as 1 in a trillion-trillion is not debatable.

b. Kile created and released the India clue by 8/2016. This fact is fully documented by Fenn on the Kile website. This fact is non-debatable. This was the first clue ever created by someone other than Fenn. It is established that it is 1 in a million chance that Kile does not know the prize hiding location as of 8/2016.

c. On 9/10/2016 three people now know the Fenn prize hiding location. Fenn, Kile and Coombs. If anyone else is aware then Kile and Fenn had told others. At that point the contest is a rigged hoax because any of them could go grab the prize of 2.5 million in gold and artifacts. A rigged hoax public worldwide game is illegal in this Country. People were told to buy and study the $160.00 books for extra clues.

Fenn made contracts with each person that traveled out into the Rockies looking for the game prize.

*Plaintiff accepted the Fenn proposed contract by purchasing the materials and buying-in to the Fenn game.*

*Claim: Fenn did not follow through with the contract by assuring a prize was waiting for a game solver winner.*

**d. The game does not have a set of rules. Lottery games have a long list of rules. Basic rules of conduct and illegal scam creation apply to Fenn and his international Public game.**

*Misrepresent specific fact:* Fenn stated more than twenty times 2010-2020 that his Treasure was out there somewhere in the Rockies within the area of his multi-state map. These statements are fully documented in newspapers & video clips. A first real solver did not have a chance to recover Chest after 8/2016.

*Defendant knowingly understands the falsity of misrepresentation:* Fenn received Plaintiff emails 9/16/2016 that his winning Treasure was not in his special spot. Pictures in the email assured him my solve & location. All of Fenn's ten location statements of the location are false after 9/2016. Fenn knew that someone had the Chest before 9/2016. Fenn could absolutely see that I sent a photo of his crevice Chest hiding location.

*Defendant induce reliance on misrepresentation:* Plaintiff travels 1000 miles multiple times to search areas 2015-2016. Plaintiff returns to the hiding site many times Searching the area for the $2.5M & trying to understand what had happened to the Chest. Understanding the Kile India geo-clue from 8/2016 exposing her full location knowledge answered the

questions. Plaintiff & family are emotionally distraught that Fenn created one-hundred clues pointing to one exact location & then removed the treasure.

*Detriment to Plaintiff on reliance of misrepresentation:* Investments lost. Years of torment from five Searcher deaths 2016-2020 when I could have gone public in 2016 & forced Fenn to end the hunt. I believed Fenn was playing the game fair for all so I waited to see what he was doing. Plaintiff waited years to file this Complaint so that all participants would fully expose themselves through actions. Plaintiff assumed that Fenn was not a fraud and relied on Fenn's statements that a ~$2.5 million treasure was hidden in the Rockies, and went the mountains many times searching, spent untold hours solving clues, spent resources for travel, purchased mountaineering equipment for each search, and suffered injuries from falls, and suffered torment from being defrauded & watching families bury their dead Searchers after I told Fenn that his hunt was over 9/16/2016.

*3) Set forth the who, what, when, where and how, time [and date], place, and contents of the false representation*

*Who Identity:* Fenn & Kile

*What:* made agreement to work together in a concerted effort to give Kile Chest during a Fenn Treasure Clues photoshoot & earlier shoots.

*When date time:* afternoon   4/23/2015

*Where place:* San Lazaro, NM. Pictures were posted from a set-up Fenn hunt clue photoshoot. Fenn & Kile searched & dug at many locations over the early years of their partnership.

*How contents:* Acted on plan & removed $2.5M Chest from Rockies before 9/10/2016 by driving to location north of Sante Fe

*False statements:* by Fenn: "the Chest is hidden in the Rockies for anyone to find". Statements made 10/25/2010 to 6/7/2020

---

### 25. Plaintiff alleges a conspiracy by Defendants.

[See Cain v. Champion Window Co. of Albuquerque, LLC, 2007-NMCA-085 ¶ 28; Santa Fe Technologies, Inc. v. Argus Networks, Inc., 2002-NMCA-030 ¶ 43 ("Civil conspiracy is an agreement to accomplish an unlawful purpose.]

*Plaintiff alleges Wrongful acts:* Fenn made an oral contract with Plaintiff through his public released statements that he had created a game for the public, & that Plaintiff could win his treasure hunt game worth millions of dollars. Fenn wrote two books for Plaintiff to purchase for $160.00 that would help Plaintiff find the secret location of the treasure. Fenn then broke the oral contract. Fenn also wrote statements in his books that his game winning treasure was available for Plaintiff to recover. Fenn then broke his written contract statements. Fenn explained secret details of his game to his estate representative Old, friend Preston & friend Swift. Old is aware of agreements with Fenn's conspirators. The conspirators understand that Old will honor Fenn's wishes. Fenn made deals with Kile & Stuef in 2020 to stage the game ending. They wish to secure Fenn's legacy as an honest hunt host. Stuef helped set-up a dozen NM clues in the law office photoshoot ~6/8/2020 while saying that he just drove to NM from WY. No evidence exists in photos of other, that Stuef found the treasure in WY 6/6/2020 & then called Fenn for permission to take ownership, then went to a hotel for the night & left the treasure in the WY wilderness, then picked up the chest the next morning, & then drove to Sante Fe NM. Stuef possibly did show up at an Attorney's law office 6/8/2020 for Fenn to see the mostly spotless polished treasure & take pictures for release to the public.

**Fenn and Kile** set-up a Fenn Treasure photoshoot 6/8/2020 to fool the world as if he Stuef is the Solver. Fenn knew that Plaintiff had solved the game but Plaintiff had been quiet for four years.

Preston & Swift do not come forward to alert authorities of their full knowledge of Fenn, Old, Kile, Stuef wrongful acts, potentially criminal acts, which is a wrongful act in itself.

*Damages:* Plaintiff alleges damages for loss of $2.5M & five years of torment after solving the game. Investments lost. Years of torment from Searcher deaths since 2016. Plaintiff waited years to file this Complaint so that all participants would fully expose themselves through actions.

*Specific facts:* Old understands that she must not say who had the Chest during the years 2016-today. Old destroyed incriminating game evidence as her Father had instructed once he had passed. Taxes have not been paid on this Treasure. Stuef moved to Puerto Rico in 2019 & applied for zero tax status, & was awarded zero tax status 1/16/2020 just before his convenient finding of a Fenn Treasure Chest and conveniently owes zero tax dollars on the found treasure 6/6/2020. Fenn said a child can solve his game. Fenn spent twenty-five years planning his game and assured that an

unwanted real solver like myself, would have difficulties getting to the bottom of the real inner-workings of his Treasure Team of confidants.

**Additionally Fenn & Kile -** *Wrongful acts:* Kile removes Chest with Fenn's knowledge between 2012-2016.

*Allege specific facts:* Kile aged the Chest & some contents to appear weathered in the future.

*Agreement:* Fenn & Kile agree to remove Chest from NM & Kile take possession.

*Concerted acts:* Fenn & Kile planned the future finder events, chose a finder, & planned how to end the game.

**Fenn, Stuef -** *Wrongful acts:* Fenn, Stuef stage a Chest photoshoot 6/7/2020.

*Allege specific facts:* Photos repeat toad-nose oval clues which is Fenn's main game clue from 2010 for NM location.

*Agreement:* They agree to stage the shoot & create a false ending for the hunt.

*Concerted acts:* The three set-up many repeated game clues with the treasure items on a table that are NM clues while saying the Chest was picked up off the ground in WY.

**Fenn, Preston -** *Wrongful acts:* Fenn explained to Preston vital details of his game as stated by Preston. The explanations continued from 1995-9/7/2020. Preston could then retrieve the Chest anytime after 8/2010.

*Allege specific facts:* Preston explains his exclusive vital knowledge in the Bookstore video.

*Agreement:* Fenn & Preston agree to share game information after 1995.

*Concerted acts:* Fenn & Preston have attempted & failed to keep the secret that Kile was chosen to be the winner.

**Fenn, Swift -** *Wrongful acts:* Fenn explained secret vital details of his game to Swift.

*Allege specific facts:* Swift has secured a legacy for Fenn. Swift re-creates dozens of Fenn clues in pop music lyrics & videos exposing her detailed knowledge beyond any real game player except for the Plaintiff. She displays many times the green rock key shape in videos. She displays the 1903 gold glue-coin as her herself in a box. She wrote a song about a willow twig & it's ability to bend. She re-creates Fenn's angle down into the crevice Chest location with a whip cream bottle & a roof angle on the Grammy set. There are dozens of other re-creations. Swift understands dozens of clues & she is not supposed to know anything per Fenn's statements. Fenn said he only knows the location & solve.

*Agreement:* Fenn & Swift agree that she may use the Treasure game as a muse & basis for her new albums.

*Concerted acts:* Fenn & Swift keep the secrets that Swift 'knows all' & they will create his legacy using her music. Lyrics & videos Swift re-created about Fenn's game on folklore & evermore albums secure Fenn's legacy.

**26. not used**

27. Plaintiff alleges that the Defendants and accused conspirators have illegally removed millions of dollars in gold and silver and gems and other ancient trinket artifacts including Native American artifacts from BLM Lands. These items are a bronze chest from ~1875 and it's contents, which includes gold coins pre-dating 1921. Fenn claims many items are ancients treasures from more than one-hundred years ago. One-hundred years is the artifact age timeline used by the BLM to require a removal process. Artifacts/treasure was placed in a BLM Land cave in 2010 by Forrest Fenn and remained in the cave for many years, according to Fenn himself, becoming BLM artifact property, for any Finder to locate on the BLM land. Fenn acted as the same type of entity as any ancient Native American that hid gold and silver and valuables. Any cattle grazing permit on this BLM mountain peak does not change artifact discovery requirements.


Any Finder or Remover is required by law, to contact the BLM for an investigation and government decision as to how to proceed with the artifacts discovery. Petitioner will support the coming Dept. of Interior BLM Sante Fe office investigation on these allegations and file for associated rewards.

28. Petitioner alleges that Defendants/alleged conspirators, owe potentially more than one million dollars in taxes to the IRS. Swift and Preston have full knowledge and consented to the specifically placed ancient artifacts removal crime and a tax evasion crime, and could have alerted authorities years ago but have chosen to be part of the conspiracy against the Plaintiff and US Government. Plaintiff alleges Fenn/Old, Kile, Preston and Stuef participated in planning and the removal of artifacts from BLM Lands and tax evasion planning. Stuef moved to PR and filed for zero tax status in 2019. Zero tax status was awarded Stuef 1/16/2020. A Puerto Rico .gov website has full documentation for this Court. Stuef then said 6/6/2020 that he had found millions of dollars in Fenn treasure in WY. Stuef plans to pay zero taxes once Old and/or Kile and/or other fraudulent entity, turns over the treasure, if that is their current plan to somehow fool 350,000 real searchers. This Court can stop all of the current Fenn Treasure internet auction activity now, before the Conspirator's illegal plans are fully executed. Petitioner will file forms for whistle blower rewards from the IRS.

**29.** Petitioner asserts that the requirements for the Court to move forward with the proceedings on the allegations of fraud and associated conspiracy have been met. [See Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991)] [United States ex rel. Sikkenga v. Regence Bluecross Blueshield of Utah, 472 F.3d 702, 726-727 (10th Cir. 2006).]

Plaintiff requests a Jury Trial.

**30.** Defendants are alerted to see the one-hundred and eighty pages of allegation proof documentation in the News Articles on amazon.com titled The Fenn Treasure Conspiracy by Terry Coombs. The Articles will be supplied to the Defendants with the coming subpoenas. Each month to today, more proof of fraud and conspiracy of the Fenn Treasure Hunt/Game surfaces.

---

**31.** Allegation - (i) "Fenn gave his Treasure to his friend/partner J. Kile,"

Fenn knew his hiding location 2010-2020. **Kile proves that she knows his hiding location with the release of her India clue 8/16/2016**. Coombs proves that he knows the location 9/20/2016. Three people on the Planet know the location as of 9/20/2016. Coombs does not have the prize on 9/20/2016 so only Fenn or Kile have it on that date. Fenn stated in 2013 that he had retired to his chair and has turned over the game. Kile is his chosen game partner so acting as partner, began creating clues for the world of Searchers. It is irrelevant if the Chest was/is in a bank vault or Kile's basement after 9/20/2016. It had been removed from Fenn's special hiding place. Fenn and Kile (Fenn Treasure Team, knowledge of the game clues solve, insiders) were in possession of it because Coombs was not after 9/20/2016.

See attachment 1: Kile's India clue 8/16/2016 which is absolute proof of knowledge of Fenn hiding location.

See attachment 2: Coombs hiding location picture metadata from 9/20/2016 showing absolute proof the prize had been removed by Fenn and Kile (Fenn game partners).

**32.** (ii) "The Treasure has already been given/sold to [Taylor] Swift or another of the group of insiders,"

Taylor Swift spent a year writing songs and creating videos about the Fenn treasure hunt game. She profited fifty million dollars from the work. She won the Grammy album of the year award 2020. She is in absolute love with the Fenn treasure itself. It is silly in itself to think she would not use two million of her four-hundred million dollars to own her beloved muse treasure. Taylor Swift will own the treasure once Old and Kile and Preston are able to move it to her secretly. She will own it, even though there may be paperwork showing otherwise. Unless of course if the treasure is awarded by the Court to the Fenn game winner. Samples of the Swift Fenn songs/videos has been submitted. Dozens more are ready for presentation. See attachment 3.

**33.** Secret deals, secret movement around the Country of the Chest, and tax evasion should be taken seriously by the Court. The Court has now been alerted and the NM Attorney General should be alerted.

**34.** "Fenn had his game winning treasure retrieved from NM location before 9/20/2016,"

Fenn knew his hiding location 2010-2020. **Kile proves that she knows his hiding location with the release of her India clue 8/16/2016**. Coombs proves that he knows the location 9/20/2016. Three people in the universe know the location as of 9/20/2016. Coombs does not have the prize 9/20/2016, the prize is not in the Fenn hiding location, so only the team of Fenn and Kile have it on that date.

**35.** (iv) "Fenn & Kile agree to remove Chest from NM location ... Kile removes Chest from game winning location with Fenn's knowledge between 4/2015-8/2016,"

Petitioner rewording of this allegation (iv):

Fenn and Kile conspire to remove and carry-out removal plan for Chest from NM location between 4/2015-8/2016.

Fenn knew his hiding location 2010-2020. **Kile proves that she knows his hiding location with the release of her India clue 8/16/2016**. Coombs proves that he found the location and is at the location, 9/20/2016. Three people on the Planet know the location as of 9/20/2016. Coombs does not have the prize 9/20/2016, the prize is not in the Fenn hiding location, so only the team of Fenn and Kile have it on that date.

**36.** (v) "Fenn & Kile ... made agreement to work together in a concerted effort to give Kile Chest,"

Kile must be paid for a lifetime of Fenn legacy work in which she participates in daily. Her website is a never ending barrage of Fenn legacy treasure hunts and stories and blogging. Kile has a network of Fenn lovers that go out and push any new narrative from week to week. The Search community is angry and is in full shock that their game was rigged. Kile and other Elites create new scenarios to try to shut-up the angry community of Searchers. It isn't working. Kile is the

Fenn game leader and has been since 2013. Fenn said it himself when he retired to his chair. He was eighty-three and could not stay up with his popular international game.

Once Swift came aboard in 2019 and desired the chest, Kile would be paid another way.

Kile and family and the few insiders with full knowledge will not all commit perjury. Kile is behind all of the WY ending and choosing Stuef as the fake finder because there is not anyone else above Kile. Preston is aware and consults on the decisions. Fenn gave her control and she is the controller of his game to this day. The Court may look through mysteriouswritings.com for a very large body of Fenn data. Fenn had her post his own new clues from 2013-2019. Other large Fenn sites are being shut down this week as this case nears passage of the dismissal phase. A huge body of Fenn fraud evidence has been pulled from the public.

The allegation is that Fenn and Kile conspired to not allow an eventual real game winner, find and win the prize.

Facts:

1. Fenn said over and over for the eleven years that no person knew the location but him.
2. Anyone knowing the location would mean the game is a national rigged scam operating in New Mexico.
3. Kile, 100% proven fact knew the location. This fact has full proofing 33(i) above. Three people knew the location as of 9/20/2016. She has proven Fenn is a fraud with her wrecklessness.
4. Fenn said over and over 2016-2020 that the prize was still in the Rockies.
5. Kile displayed the Winds in the Willows game on the India video. She knows all. The chances that she accidently places the Fenn maverick toad clue on camera while explaining her India clue is one in a million.

**37.** (vi) "Fenn made deals with Kile & Stuef in 2020 to stage the game ending,"

Fenn and his partner Kile created the WY Stuef ending. The evidence is:

a. Stuef moved to PR and received a tax free status months before the ending.
b. Kile could not be the fake finder because she works for Fenn and 350,000 Searchers would not accept that if ever found out. That would prove the fraudulent ending.
c. Kile must move the location from NM to another place in an attempt to appear innocent once her conspiracy is exposed. She posts about being a Cinderella anyway.

**38.** not used

**39.** The Court should agree plausibly that Plaintiff discovered the Fenn prize hiding location in NM or the case could be dismissed as the several previous Searcher/Fenn cases brought before the Court. He solve and location have appeared to be secrets from the world. However, Plaintiff published on Amazon.com 6/10/2020 his solve. 350,000 Fenn Searchers do not search but wait to get information from Fenn fakes and insiders that are told by Fenn and Kile what narrative to push out on the public and news outlets. Netflix is making a documentary but they are not interested in the truth. The idea that someone solved the game five years ago and then waited on Fenn to make mistakes and expose his real plan, does not fit anyone's narrative or plans or hopes and dreams. Therefore, this case, two-hundred pages of news articles, and the truth are all ignored by all 350,000.

I had planned to present my Solve in person to the Court. However, it will be presented here to assure the Court that there is a large body of evidence and this case should move forward against the Defendants. The Internal Revenue Service is entitled to possibly a million dollars from Defendants if Plaintiff wins this case. The IRS may wish to prosecute. The Department of Interior may wish to prosecute for removal of ancient artifacts from BLM Lands. This is the only chance for the people to get justice. There is not anyone else.

**40.** The Fenn Treasure Hunt real New Mexico Solve. First published 6/10/2020. First solved 8/29/2016, first visit to the location for recovery after solve 9/10/2016.

## Following are the nine clues and solve from the Fenn Poem of clues:

*Clue 1: warm waters halt*

Refers to rapids on a river. Initially it was

The El Vado Dam, NM

*Clue 2: canyon down*

Travel through a canyon. Rio Chama Canyon

*Clue 3: too far to walk*

It's too difficult to walk to the treasure from the dam.

*Clue 4: put in*

Use a canoe or rafting. put-in is a rafting term

*Clue 5: home of Brown*

World record brown trout caught just below

The El Vado dam and rafting put-in point

*Clue 6: no paddle up you creak, loads of high water*

More river rafting. A big rapids area is close

to the treasure location. Dark Canyon Rapids

*Clue 7: Wise. Brave. Peace.*

Native Americans are associated. Resting in peace.

Burial grounds of Navajo Peak

*Clue 8: blaze*

Something looks like a fire near the location.

Google maps north-side of Navajo Peak NM

*Clue 9: look quickly down*

The treasure is below your feet but don't stumble

Into the crevice.

*Hint 1: I'm weak*

Don't go where an old person can't go

*Hint 2: effort:*

Be ready for some difficulties to find the treasure

*Hint 3: brave*

Go into the dark cave to find the treasure

*Hint 4: wood*

Look for a wooded area.

13°

As I have gone alone in there
And with my treasures bold,
I can keep my secret where,
And hint of riches new and old.

Begin it where warm waters halt    12°
And take it in the canyon down,
Not far, but too far to walk.
Put in below the home of Brown.

From there it's no place for the meek,
The end is ever drawing nigh;
There'll be no paddle up your creek,
Just heavy loads and water high.

If you've been wise and found the blaze,
Look quickly down, your quest to cease,
But tarry scant with marvel gaze,
Just take the chest and go in peace.

So why is it that I must go
And leave my trove for all to seek?
The answer I already know,
I've done it tired, and now I'm weak.

So hear me all and listen good,
Your effort will be worth the cold.
If you are brave and in the wood
I give you title to the gold.

The poem can get a searcher close enough with google maps that Navajo Peak burial grounds could be concluded as a good place and area to go out and search. It did for the only real Solver/Plaintiff.

Hints that assure a Searcher that they have found the treasure hiding location:

1. Flutterby bracelet turquoise face shape. It matches perfectly to the topo map of Navajo Peak. This is a 100% solve for ant Searcher. Matching shapes is one in a million.
   See attachment 4.

2. The green keyrock from San Lazaro is an exact photoshop shape fitting into the bracelet and Navajo Peak keyslot. In the chest recovery photo by Stuef, the rusty 1903 coin is looking at a gold shape of the keyslot and green rock key.
   See attachment 5.

3. A maverick is photoshopped into the flutterby at the keyslot. A Toad is photoshopped riding the maverick. This is Winds in the Willows storybook reference. Kile displays the Willows game on her bookcase during her explanation of all of the questions about her India clue. Kile exposes her deep understanding of Fenn clues 9/28/2018.
   See attachment 6.
   A willow twig  falls into the Chest when Stuef opens it out in the wild, Stuef stated.
   See attachment 7.

4. The crevice shape - hiding location - on Navajo Peak is photoshopped onto the flutterby face. The shape is a well-done tracing when zoomed.
   See attachment 8.

5. Kile created the India clue from google earth. The geo-formation is a near exact tracing of India. It is a one in a million chance that Kile would be so lucky to create such a great clue. Kile has got herself and Forrest Fenn caught in a fraud scheme.
   See attachment 9.

6. Fenn sketch of gypsies has a tracing of Washington's nose. The Rio Chama contour while passing the India formation creates a tracing of Washington's nose.
   See attachment 10.

7. Fenn said a clue is that the location is at least 8.25 miles north of Sante Fe. The location on Navajo Peak is ~8.25 miles from the Cooper Ranch Rio Chama rafting put-in.
   See attachment 11.

8. Toad nose in the Navajo Peak keyslot is a common clue. Stuef and Kile and Fenn set-up the toad nose clues at the Sante Fe law office photo event during the fraudulent ending plan execution. There are several toad nose to keyslot in the pictures. Fenn is hinting to look for a toad in the keyslot and realize that the shape of this point on bracelet and Peak are clues in the game. The toad is photoshopped to look like Wind in the Willows Disney cartoon movie.
   See attachment 12.

9. Fenn was surprised to see rusty scissors in the Chest. Kile is the one that could have placed them there as she prepared for the ending. Fenn wasn't amused and had never seen them before so he stated at the photo session. Kile was going to get them caught with her added clues. A scissors shaped river divide contour of the Rio Chama is next to Navajo Peak.
   See attachment 13.

Many more clue and hint solves are in the Plaintiff News Articles on Amazon.com

**41.** More examples of the Plaintiff Fenn Treasure Solve are available if the Court wishes to see more. It would be impossible for Defendants to discredit these undeniable clue solves. Dozens of Fenn clues point to the crevice on Navajo Peak NM. The fake WY solve that the Defendants will present to the Court will never have these extreme details. Fenn spent ten years creating all of these NM clues. He also spent time on WY clues in case the Navajo Burial Grounds treasure location needed the narrative changed, especially if a NM Solver appeared. He always said he had all bases covered.

Stuef stated that the main clues have been destroyed in WY so that he is now the only person on the Planet that knows the location and full solve.

Repeat **Allegation: Jack Stuef is a fraud and conspirator and follows a script written by the Fenn Fraud Team.**

Some of the Fenn Treasure Team Insiders will tell-all to the Court. Hundreds of people may know everything presented here. That in itself is alarming in that 1 out of 350,000 Searchers know this real Solve, today 11/9/2021, and that is the Plaintiff. The people that know-all and continue to play the game to this day have gone to unimaginable great lengths to keep the Defendant's secrets, secret. The Fenn game is now fully exposed as an illegal scam and now the Court will bring justice to the participants for the People. This is an important case for all public games worth millions that will be created and potentially manipulated in the future. Dozens of other treasure hunts are in progress around the States at this time. Jenny Kile now hosts many hunts and profits. She will always be the Fenn Treasure and Legacy leader.

**42.** Additional new evidence. Swift released videos this month that have more Fenn Treasure clues re-created. Maybe she doesn't know that she has pending conspiracy allegations in New Mexico. Maybe she is not concerned as she exposes that Fenn told her secret clue solves and that her re-creations confirm Plaintiff allegations of fraud and conspiracy as valid.

Why does she know the real NM Solve and all twelve or more of the main game clues. Why would Fenn hand over to the Plaintiff undefendable proof of fraud and a conspiracy. Swift includes so many main clues and smaller hints that it's difficult to find them all.

Just as important for the Plaintiff, she is confirming that the Stuef tall tale of finding the prize in WY is fraudulent. She concentrates on NM and the Navajo Peak location because that is the solve that Fenn explained to her. Just like Kile, she has become obsessed with Fenn game clue creation and the Public release.



Congratulations to Swift for yet another number one song about an old relationship and her new love for the Forrest Fenn Treasure Hunt. America Billboard Charts #1 this week 'all too well' and records that have stood for almost 50 years are being broken. Seven new 'all too well' videos have been released. She sang the old 2012 version at a previous Grammy performance. The SNL performance two weeks ago included some Fenn game clues. She also included secret society symbolisms.

Swift re-creates the George Washington clue in video:

All Too Well (10 Minute Version) (Taylor's Version) (From The Vault) (Lyric Video)

See attachment 101, 102    She puts her nose profile into Washington's profile at the 9:15 mark. Washington's profile was hinted at by Fenn. It's a natural river geo-shape and a wonderful clue. The Gypsie sketch was released in 2010 by Fenn and was the first President Washington profile clue. Swift has added an extra verse this year to her 2012 song lyrics. She is beat down in the lyrics by her break-up and mentions Brooklyn and Soldier. This is direct reference to Washington and troops being trapped by the British in Brooklyn 1776. Then a half weight lyric is describing that Washington was on limited rations and also that Fenn said/hinted that he carried half the treasure making two trips from his sedan to hide the treasure.

British victory. Shortly after fighting began, the British cornered Washington and 9,000 of his men in Brooklyn Heights. He was surrounded on all sides with the East River to his back and no feasible means of winning the battle. Instead of surrendering, Washington evacuated the army and retreated to Manhattan, a decision that saved the Continental Army and the patriot cause.



From when your Brooklyn broke my skin and bones

I'm a soldier who's returning half her weight

Washington's profile here in this frame also.

=============================================================================

Her hand hints at the shape in the 'sad girl' not the lyrics video. The tree, with shape drawn like part of the blaze, is also included in the SNL live TV performance 11/13/2021.

Attachment 103

The hands of the piano player are re-creating the ff letters of the blaze in 'sad girl lyrics' video. The shape of the cave/crevice appears also. She says that she has been there.

Attachment 104

She also re-creates shapes of the blaze clue in the 'Karaoke' video showing a tree on a hill going through seasons. The sun highlights the tree shape that matches part of the blaze.

Attachment 105

Attachment 106   Tree marking, same as next to the crevice



Attachment 107 Face shape like the Peak

Other re-creations of numerous other clues are in the 'all too well' video collection by Swift, may be presented on top of the mountain of evidence.

Cut from Taylor Swift, You Tube.






All Too Well (Sad Girl Autumn Version) - Recorded at Long...

1.9M views • 10 days ago

Taylor Swift - All Too Well (Sad Girl Autumn Version) -...

4.5M views • 11 days ago
CC

All Too Well (10 Minute Version) (Taylor's Version)...

795K views • 13 days ago

Taylor Swift - All Too Well (Taylor's Version) (Karaoke)

384K views • 13 days ago






Taylor Swift - All Too Well (10 Minute Version) (Live on...

7.3M views • 2 weeks ago

Taylor Swift - All Too Well: The Short Film

49M views • 2 weeks ago

All Too Well (10 Minute Version) (Taylor's Version)...

17M views • 2 weeks ago

Taylor Swift - Starlight (Taylor's Version) (Lyric...

1.1M views • 2 weeks ago

Attachment 101

Plaintiff Terry Coombs

The Rio Chama River profile, Washington's nose profile clue re-creation, next to Navajo Peak, NM



Plaintiff Terry Coombs

Attachment 102



If the odds are:

1 in a 100 CHANCE India shape and MW.com clue

1 in a 100 Navajo Peak shape matches the Flutterby Bracelet

1 in a 100 Crevice shape matches many sketches and photoshop clues

1 in a100 Green Rock Key and Slot shape and other matching Key clues

Washington's nose shape matches the Rio Chama river shape next to Navajo Peak.

The blaze has the 2 or 3 flipped ff shapes

that Fenn always used. See pic 5 below with the ff's.

The chance of an incorrect Solve here is astronomical. It's 100% THE SOLVE.

Many folks are talking about Washingtons profile since it has been placed in new clues in 2020. Here it is back in 2010. The nose in the night sky is shaped like this 1780 portrait. Fenn does work hard on his hints and clues.

5

71



Attachment 103







Plaintiff Terry Coombs

Attachment 104

T2

Plaintiff Terry Coombs

Attachment 105



#redtaylorsversion #snl
wift - All Too Well (10 Minute Version) (Live on Saturday Night Live



Plaintiff Terry Coombs

Attachment 106

All Too Well (Sad Girl Autumn Version) - Recorded at Long Pond Studios (Lyric Video)

This is a re-creation of the tree marks next to the crevice treasure location Navajo Peak.





Morphing the oval shape of her face into the shape of Navajo Peak and Flutterby Bracelet. Her eyes look at the lyrics. In all videos her eyes look at

owell #sadgirlautumn
(Sad Girl Autumn Version) - Recorded at Long Pond Studios (Lyric Vid

what she wants you to look at. She was there, at the treasure location! She wants her mouth shape to be like the crevice.



Attachment 107

Plaintiff Terry Coombs

**43.** Defendants continue to release information that directly exposes their full knowledge of the Fenn Treasure hiding location, fraud and conspiracy. It's a new Fenn treasure hunt with a poem/cypher titled End Game. Released 12/9/2021, the poem points directly to the Kile/Fenn rusty scissors clue. The shape of the Rio Chama at that bend also is the shape of a candle flame when the four houses flat ground is viewed on google maps as a candle stick shape. Someone is creating treasure hunts using shapes of the Rio Chama. Kile is the best at that as proven with her India clue. However, Swift fully exposes that she is the creator of this Fenn add-on treasure hunt. It is not known who is 'Jen' in chat rooms and on the End Game channel.

The Plaintiff solved the End Game treasure hunt in about two minutes on 12/9/2021.



Screen shot after solving the End Game. This gps is the center of the search area that includes surrounding banks on the Rio Chama, next to the Fenn hiding location on Navajo Peak. This is even more proof of the Fenn hiding location. It is not known why Swift continues to help Plaintiff prove allegations against all Defendants.

'Jen', posted the cypher solve at the end of the new poem as:

*'a heavy puzzle with a light solution'.*

The full cypher solves have not been completed by the Plaintiff but they are not necessary to present this new evidence.

The 'heavy' is ref. to heavy loads of water from the Fenn poem.

The 'light solution' is ref. to the candle flame shape of the Rio Chama river next to Navajo Peak.



END GAME: Puzzle + Hints/Clues

 **YouTube**   Search   T²



♪ WITH 4 WORDS ON THE TIP OF MY TONGUE, I'LL NEVER SAY ♪

2:14 / 4:10

**Taylor Swift - End Game ft. Ed Sheeran, Future**

254,592,132 views · Jan 11, 2018     👍 3M     👎 DISLIKE     ↗ SHARE     ≡+ SAV

   Taylor Swift ♪

Plaintiff Terry Coombs

_____

The poem here is cut from End Game Comments and reads as follows, followed by Plaintiff remarks:



 **Jen** 7 hours ago

Congratulations to those who kept searching,
Even though endings are often confused,
It took some time to combine all the learnings,
Those who remain may partake if they choose:

Pressure on mountains might feel just like thunder,
Carefully step as you watch like an eagle,
That road gets narrow so listen in wonder,
You've found the place if you see other people,

So many colors are under the doors,
A southern cross stares, but what's the catch here?
Lucky this doctor can clearly write thoughts,
Imagine four cars on a plaza with deer,

Shakespeare divides while some pride is upended,
A candle keeps shining until it gets torn,
Don't be offended but skip twenty letters;
Go back to four for the message to form.

Now that you seven have read past the curses,
Who will dig deeper to first claim the prize?
Follow an animals path near the surface,
Double your research as it's almost time.

Every solution presented had promise,
Sadly correction was largely ignored,
So now we wait for debates around commas,
Good luck with finding the final reward.

**Plaintiff remarks:**

Who would be congratulating Searchers? Only someone working with Fenn.
Ref. to the fraudulent Fenn game ending
Use your Fenn knowledge
Try again to find something newly hidden

Getting in there is difficult.
If you step wrong you will fall to your death. Look down from above on Navajo Peak like an eagle.
A vehicle will not get you all the way to the reward.
Houses and rafts will have people down at the river.

Dark Canyon is dark because it is closed off as if with cliffs that are like doors. The Rafting below the Peak is colorful.
Southern night sky shines the Southern Cross. River fishing site.
Possibly Doctor Crane. See Crane river shape next to..
Four houses on a flat area that look like cars from up on Navajo Peak. Deer is ref. to good energy and earthly living.

The river splits and there are big rapids to upend a raft.
A candle flame shape is in two pieces there
Cypher help
Cypher help. Number Four is featured in the 2017 End Game song lyrics.

The chama river bend also has a 7 shape. It is located just past the Navajo burial grounds and Fenn location.
Something may be hidden down the mountain side and by the candle flame shape.
It's mainly an animal path to get down to the river from Navajo Peak. The shape of the river is also like a crane. Folow the neck to get to the location.
Double back up the shore to get to the flame and hiding location. You are almost there when you double back.

Ref. incorrect Fenn solves
People held to tight to their wrong solve.
The Chama river shape of a candle flame shape is also shaped as commas. Some prize has been placed in the flame shape out on the river islands or close-by.
The prize is the End of the Fenn Game.

Many Insiders could easily solve the game quickly. One may race out to the flame and steal it and then act like they are a real Fenn searcher.

A hint released by End Game said that no one (Fenn Searchers) knew the person/writer of the poem.

Re-peat allegation: Taylor Swift continues to create and profit from the Fenn treasure game when she is not a treasure hunter and should not know any of the clue solves. Shen has created a new game that has a location a short walk from the Fenn Navajo Peak hiding location.

Swift released a new song and video in 2018 titled 'END GAME'. See you tube for the lyrics video.

The poem and song have number 4 as hints.


A new second End Game video was released on 12/16/2021. Swift is using her regular pattern on End Game of multiple releases of the same thing, with other clues added. The End Game 12/16 release repeats over and over the same pattern of clues. This is the same technique she used in the multiple releases of the Folklore and Evermore song videos.



The four cars are imagined and the hint here is that the four are houses. And maybe adobe-like. Also you will see ripples or rapids.



Plaintiff Terry Coombs

_____



The End Game solve search area.



Plaintiff Terry Coombs

A Crane or Pink Flamingo shape with body, neck and head.





Plaintiff Terry Coombs





Plaintiff Terry Coombs

_____





Plaintiff Terry Coombs

_____

Four houses on the Plaza.

..



Plaintiff Terry Coombs

_____

These details will further expose 100% that Taylor Swift was involved in the Fenn Game hoax ending dating back to the End Game music video, shot in 2017.







Taylor Swift was creating future Fenn related game clues five years ago. She points the Fenn Treasure Chase back to Navajo Peak area. It's yet another 1 in a million chance. She re-validates all of the Plaintiff allegations in this Complaint.





Search



**Taylor Swift - End Game ft. Ed Sheeran, Future**

254,592,132 views · Jan 11, 2018      👍 3M    👎 DISLIKE    ↱ SHARE    ☰+ SAV



Swift is saying here: the tip of my tongue clue 4 words clue will lead you down a path(straw) to a box with something good inside.

Other hints from End Game game video: Pink Flamingo on the left and rafter in middle right.



Flamingo shape of Rio Chama River next to Navajo Peak.



Attachment 1





You do not need me to explain this!

A natural Geo-formation that should not exist.

It is 600 X 800 YARDS.

The Rio Cebolla River dumps into the Rio Chama River at the same geo-location as the real location of Bombay. This is a one in a million-chance formation on the Planet.



I hope this News Article will serve you to let this all go if you have lots of time, energy and money invested. The FICTT Fenn Inner Circle Treasure Team believe that the last 8 years have been good for you and got you off the couch and into the mountains. They feel absolutely no remorse for everything they have done and plan to do. You are grateful to have treasure clue masters to guide and help you. Your treasure Gods will be there for you because they are good and caring folk for their Flock.

I have never purchased any of the books or clues. I choose to forget all about all of them. Putting this together brought back the frustration of their self-righteousness.

So now the FICTT will continue to grow the Legacy. They all started that years ago.

Fenn could have made it to the Library of Congress without any of his Team. He deserves it in my humbled opinion. After the guy from the national morning show made the Chase famous, it probably exploded to the point that he did need help. We all may have done the same as him.

Did Forrest know everything? Maybe he was manipulated a bit and did turn his head a bit to the FICTT doings. Morals are an internal compass, and each have their own.

Fenn let others create clues for his Hunt/Chase. Criticism is allowed by the Fair Use Act. Do you have criticisms?

At 80, Fenn needed help so chose some helpers. The Graphics Designer employed by Fenn would know a lot. Testimony in a Court would be fascinating. They will not come after me because I have followed the Fair Law Act.

9/28/2018 YouTube. Cinderella was planning the willow twig clue for the Treasure Chest.

Here she only turns one item for everyone to see, an old board game.

Mr. Toad is a ride at Disneyland.

This video was supposed to be the perfect cover-up for her India created clue. That didn't work. It is forever fully understood that she knew the Treasure location, recovered the Chest, and created the India girl clue a few years later, which forever is the proof that she did an inside fraud job against the Hunt Community. Fenn should have just said no and told her put it back and shut-up.

Subscribe Today

4:58 / 5:06

MW Answers: Forrest Fenn Treasure, Little Girl from India, and BOTG Question

Photos - IMG_2846.JPG

+ Add to

# File info                    ×

Filename

IMG_2846

September          9        2016

10        24        AM

2.7 MB

1936 x 2592

1/1000 sec. f/2.8 3.85 mm

80

iPhone 4



Attachment 2



Cardigan & willow videos, she creates and uses elements of the Chase. Her treasure was finding her path home to her destiny man. Her man did not bait & switch her or think about the 'what if's



Ms. Taylor, how did you choose the black '75 Plymouth 440? For the gypsy drawing hint simply here. I'm puzzled. That is my car. Did you predict me? It's too impossible. And the cheering like the gypsies doing a victory dance. This is chilling. You have done the whole Chase right. These albums will make you a million. They are your greatest works. And I just happen to be the Silver. I apologize for only finding a few of the many clues in all of the songs and videos as I don't really care that much to look deeper. But it was a thrill. Thank you and congrats on your deserving rewards. I hope you have someone that you do share all of the full story and birth n clues. One should not hold many secrets or you become invisible as an American Poet once said. It does feel like closure. Hundreds of clues n hints can be found and revealed by others now that they have all of these Articles. Many can now move on. Others may never be able to let go.

The End & our final key

'tolerate it' video: Green Rock Key Slot on the hill. Key to the Chest in many shots. Many hints in the video.

The Set folks must be baffled at all of her odd requests. This gal can keep a secret. Anyone might tell her their secrets. From did The Chase details in all of the videos are incredible.

I don't know how she did it all by herself. She must feel the isolation of the knowing. She should write that song. Fenn gave her permission to work with his Chase Hints n Clues. Here she is pleading to get thru to you to look and listen.





The

BLM New Mexico Statewide Spatial Data

Attachment 4

Flat Top Turquoise Bracelet is a Photoshop tracing of a BLM Topo Map. This is the 100% Solve. It is ok to go into denial.

You are not crazy. This is 1 in a million that the match is 100%

This special $400 silver bracelet is a clue to look closely at the turquoise bracelets in the Chase. Fenn said he wanted it back from the Finder of the TC so that someone might catch-on to his clue. This was one of the most widely publisized big clues for the Hunt.

So what is this?
What an amazing discovery.
You can see the truth right here.
The overlay shows an exact tracing.

Attachment (5)

## Report Part 1: KEY1 Location

This shape, I call the Green Rock KEY1 CLUE, repeats over and over in many clues. Find the shape in nature and you are on to something.

This green rock may be created or photoshopped. Mr. Fenn acted like he just picked it up at Lazaro. Released clue August 2011.





The photoshop bracelet clue. This bracelet does not exist as is.
If the spallies have it
from Fennborree 1
then please come forward.
You would be in the Fenn
Inner Circle Treasure Team
Parties to have this.
How much for this
Bracelet?

22



The Key Rock (look closely at the whole rock) fits into this key shape on the **side** of... this natural rock formation.

Fenn used one of these two ledge
shapes for the Green Rock Key shape
Hint shown in red & blue.



Very good and well executed picture clues. They are in many other clues also.

Attachment 6

SIX

Crevice that is also the large crevice on the face of the Turquoise Bracelet.



The Main Keyslot on the Flutterby Bracelet has a horse photoshopped in. This is to grab attention for a main clue. The Green Rock Key is shaped like a horse back. Many animal back shapes are clues. A child can solve the poem and Chase is also a clue. The Great Spirit Horse of the Plains will set you free. And it is Mr. Toad when he stold the horse after the others searched down a river without clues and came upon their special holy place and Spirit.





Flutterby-Bracelet-Spatses

Mr. Toad and the horse on the Bracelet face, the main clue for the entire Chase, the horse is photoshopped into the main Green Rock Key slot, is impossible to be accidental. A 1 in a billion.



Attachment 7

for millionaires, and that is just the KEY clues. Others later. **Cinderella has entered the Article. This** is News. Cinderella knows all about the empty crevice crypt.

Hey, I see a Key under Mr. Twig. Pointing at a corroded coin 1903. Did Fenn plan for the cheap key for the cheap chest to corrode the 1903 gold coin? Overalls? Yes

The Finder staged a Key under the Wood pic and copied an old MW.com desk clue.

Why is MW.com involved in creating Fenn Treasure clues. How do they know so much that they create such **good clues?**

**The 'good clues' is the giveaway. The India clue was** stellar! But if you do not know about Navajo Peak then you cannot create the great clue and here, another Wood and Key is 100% give away to the truth. Fenn did not want this key to rust. but the clue would fit a new narrative

(8)



Some Searchers have pictures of the Crevice.

Great Photoshop work on the face of the Turquoise. Yes, 100% photoshop or other software manipulation. Fenn or his GA spent a lot of time on it.

Attachment 9

1. Washington's nose
   1.1   Chama River 8.25 mile Wilderness Study begins at the nose.

2. Heart Canyon
**3.** India (a ½ mile- 1 in a million chance - natural river low land formation)
4. Hogback Peak
5. The Blaze
6. Navajo Peak
7. Cattle grazing ranch
8. Goat Ranch
9. Scissors, Dark Canyon Rapids
10. Tiger Wall



THE TREASURE IS AT LEAST 8.25 MILES NORTH OF SANTA FE, NEW MEXICO.





Attachment #10

If the odds are:

1 in a 100 CHANCE India shape and MW.com clue

1 in a 100 Navajo Peak shape matches the Flutterby Bracelet

1 in a 100 Crevice shape matches many sketches and photoshop clues

1 in a100 Green Rock Key and Slot shape and other matching Key clues

Washington's nose shape matches the Rio Chama river shape next to Navajo Peak.

The blaze has the 2 or 3 flipped ff shapes

that Fenn always used. See pic 5 below with the ff's.

The chance of an incorrect Solve here is astronomical. It's 100% THE SOLVE.

Many folks are talking about Washingtons profile since it has been placed in new clues in 2020. Here it is back in 2010. The nose in the night sky is shaped like this 1780 portrait. Fenn does work hard on his hints and clues.

71





Fenn explaining in 2012 that this Key will change history. The Key points at an oval stone with a replica of the Geen Rock Key in miniture. Fenn is pointing to two keys.



HELP, THEY WANT MY NOSE IN THAT HOLE TO SHOW THE LOCATION OF THE GREEN ROCK KEY SLOT ON SOME OVAL THING. THIS IS ABUSE. I WANT OUT OF HERE. MY NAME IS MR. TOAD, NOT THE FROG!!! GIVE ME TO THE REAL SOLVER! LOOK AT THE FLUTTERBY BRACELET KEY SLOT TO SEE ME STEALING A MAVERICK IN 1908



Several attempts at hints in this picture. The frog thing is against an oval. Is this Chase over now? Of course, a book about the Chase with zero proof of Jack being the real Finder/Solver.

Who placed the mouse against the Oval just in Mr. Toads place. These people are so smart. They should have had Taylor Swift set this up. She is way beyond these amateurs. Oh, they can't afford Miss Americana for the non-sense. Readers can now find other hints in the pictures.

Barbarisos bookcase has the twin peaks and pointers to it. Gee, thanks Dan. Is this hired hand by the Treasure Team a winner?

The Oval eyeball of Mr. Toad has the crevice on it just like our old friend the Flutterby Bracelet.

May 25, 2021 Maybe this 6th News Article is the last. I see you Gosty. Hey, did you talk to Fenn there in your dimension for Us? A good question is why did he hire such dumb blondes to figure out how to save his Legacy.

207



Attachment 13

Rusted Scissors in the TC is a hint to look for that shape with water. Next to the hiding location, the shape of the river as it divides, which is also a Moses parting of water hint, has a short pair of scissors shape as the river bends. Fenn didn't create the hint. It came from back east from the Recover-er of the TC. They put them in the TC. Fenn played along when he inspected the contents for a good reason.

1. Washington's nose
   1.1    Chama River 8.25 mile Wilderness Study begins at the nose.

2. Heart Canyon
3. India (a ½ mile- 1 in a million chance - natural river low land formation)
4. Hogback Peak
5. The Blaze
6. Navajo Peak
7. Cattle grazing ranch
8. Goat Ranch
9. Scissors, Dark Canyon Rapids
10. Tiger Wall



