# UNITED STATES DISTRICT COURT
## District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 JAN 19 PM 3:16

CLERK-SANTA FE

### CM/ECF PRO SE NOTIFICATION FORM
Case Management/Electronic Case Files

This form is used to elect the type of notification of filing to be received from the Court's Case Management/Electronic Case File (CM/ECF) system. Please select only **ONE** type of notification and complete the necessary information.

**PLEASE TYPE or PRINT**

### Please enter party information

| Field | Value |
|---|---|
| Case Number: | CV 22-41 |
| First/Middle/Last Name: | TERRY COOMBS |
| Contact Phone Number: | (Include Area Code) |

Complete the following information for either a P.O. Box or physical address, not both.

| Field | Value |
|---|---|
| Address: | 1439 W. Chapman Ave #136 |
| City/State/Zip: | Orange CA 92868 |

### Please choose the method of notification (select only one)

- ○ I elect to receive notification via **postal mail** (Using the address entered above, either a P.O. Box or physical address.)
- ☒ I elect to receive notification via **E-Mail** ** (Complete the following information)

| Field | Value |
|---|---|
| E-Mail Address: | tycmbs1@gmail.com |

- ○ I elect to receive notification via **Fax** ** (Complete the following information. Failures due to invalid or busy fax numbers will be delivered via postal mail to the address above)

| Field | Value |
|---|---|
| FAX Number: | (Include Area Code) |

**For Fax or E-mail, by submitting this notification form, the undersigned consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. Repeated failures, of either the fax number or e-mail address, will result in the information being removed from the case and subsequent notifications will be delivered via postal mail.

Signature: [signed]   Date: 1-19-2022

**Submission:** You may submit this completed AND signed form via one the following:

| Mail | Fax | E-Mail |
|---|---|---|
| United States District Court<br>ATTN: CM/ECF Notifications<br>333 Lomas Blvd NW, Suite 270<br>Albuquerque, NM, 87102 | 505-348-2028 | cmecf@nmcourt.fed.us<br>(Scan to PDF file format) |

*Note: Questions regarding this form may be directed to our CM/ECF Help Desk at (505) 348-2075 or via email (at the above email address).*