IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO



| | |
|---|---|
| Terry Coombs | ) |
| Plaintiff | ) Case#  1: 22 -cv- 00041) |
| Vs | ) |
| Forrest Fenn, Zoe Old, others | ) |
| Defendants | ) |

## RESPONSE TO ORDER TO SHOW CAUSE,
## MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

Terry Coombs, hereby responds to the motion to show cause order and, further, files this motion for an extension of time to file the amended complaint. In support of the motion, Coombs states as follows:

1. Coombs is in contact and in negotiation to retain an Attorney as representation for this Complaint.

2. An Attorney will need some time to create an amended Complaint.

3. Coombs requests an additional 21 days to file the Court requested order to show cause in an amended Complaint.


Respectfully submitted:

Terry Coombs _____

1439 W. Chapman Ave
Orange Ca, 92868
(949) 310-7920
tycmbs1@gmail.com