IN THE UNITED STATES DISTRICT COURT
OF NEW MEXICO

Terry Coombs )
    Plaintiff )
    v. ) No. CIV 22-cv-00041
Forrest Fenn, Zoe Old )
Jenny Kile )
Douglas Preston )
Taylor Swift )
Jack Stuef )
    Defendants. )

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2022 MAR -1  AM 9:58
CLERK-SANTA FE

## BARBARA ANDERSEN'S MOTION FOR LEAVE TO INTERVENE

Barbara Andersen respectfully moves for leave to intervene in these proceedings. In support of this motion, Andersen states as follows:

1. Andersen is an attorney licensed since 1998 in Illinois, the Northern District of Illinois and the Seventh Circuit. Andersen is currently winding down her legal practice there and now lives in Santa Fe. Andersen's mailing address is below. Andersen will ask this Court to allow her leave to file her phone number under seal in light of the harassment that Andersen has encountered since June 2020 if this Court grants this motion.

2. Andersen is the real solver of the Forrest Fenn puzzle. Andersen moved to Santa Fe because of same. Andersen is currently working on projects relative to her solve/photos in private as she waits for the real conclusion of the Chase to be announced.

3. Andersen has stated as such since June 2020 in 20-cv-553. (Andersen also filed a motion to intervene in plaintiff's predecessor case 21-cv-806.) Upon information and belief, Stuef[1] is a spoof/Onion writer who is stalling the end of the Chase while the Fenn family completes a project relative to the true solve. (Andersen is not privy to what the Fenn family is working on.)

---

[1] Stuef even teased the Fenn community by misspelling his own name on a bronze piece after he was announced as the "finder". https://www.hintofriches.com/forum/the-hint-of-riches/325597-why-did-jack-spell-his-name-the-way-he-did-on-dan%E2%80%99s-map .

Andersen has stated this on national media platforms and YouTube. Andersen has also gone through the first book to give her audience hints as to how to correctly interpret the book and come closer to solving the puzzle. Certainly plaintiff herein would be aware of Andersen's suit… as was the entire Fenn community via her multiple YouTube and Facebook postings/videos.

4. As Andersen explained in her case, Andersen was pranked in June 2020. Andersen has been at the real general location since 2018 trying to find the real location. Andersen found what is referred to as "the fake blaze" in early 2018. Andersen found, upon information and belief, the real final location in late 2019 (after which there was a "scrapbook dump") showing Andersen that she had finally found the area and sending the implicit message to the Fenn community to that effect. Fenn would communicate to Andersen and the community through "scrapbooks". These scrapbooks would contain subtle hints as to how to solve the nine clues.

5. The trick to solving the poem was by ignoring the overt and paying attention to the subtle hints (sprinkled like tobacco…Forrest's favorite condiment). In doing so, a searcher would have to use what Andersen calls the "15% rule" in catching Forrest in his lies. It was in the lies and subtle details that one could "sort out the silverware drawer" (a metaphorical reference to the nine clues). This fake/Stuef/prank end that this Court is now witnessing is consistent with the "15 percent" rule and how one solves the poem.

6. In this complaint, plaintiff makes it clear that he has an interest in the chest. This is not correct in that he is not the real solver of the poem. Andersen is. Andersen is willing to testify to this Court *in camera* if necessary as to the real solve and location. Andersen would object to any efforts by this plaintiff to discover the true solve through discovery herein.

7. In addition, it is unclear as to why this plaintiff is attempting to proceed against the estate in that Zoe Fenn already filed a declaration in that case that the chest is not an asset of the

decedent's estate. Andersen believes that the chest is being held in storage here in Santa Fe waiting to be awarded to the true solver of the poem (not Stuef) after whatever project they are working on is complete.

8. In addition, it is unclear as to why plaintiff is seeking relief against the estate in that, upon information and belief, all claims are now time-barred.

9. Andersen also has no idea why this plaintiff would name anyone other than Jack Stuef as a defendant herein.

10. This motion is timely filed in that this Court has not allowed Plaintiff to yet proceed on his complaint herein.

11. Andersen wrote plaintiff as to her intention to file this motion relative to the last case. Plaintiff did not respond to Andersen's letter.

Wherefore, should this Court not dismiss this case outright, Andersen seeks to intervene so as to protect her interest as the true solver of the Forrest Fenn puzzle.

Respectfully submitted:

/s/ Barbara Andersen

Barbara Andersen
3201 Zafarano, Suite C
Box 259
Santa Fe, New Mexico 87507
Barbandersen323@yahoo.com

## DECLARATION OF ZOE FENN OLD

I, Zoe Fenn Old, in my capacity as Personal Representative of the Estate Forrest Burke Fenn and in my individual capacity, do hereby declare and state under penalty of perjury as follows:

1. I am the daughter of Forrest Burke Fenn, deceased, and I have been appointed Personal Representative of the Estate of Forrest Burke Fenn (the "Estate") in Cause No. D-101-PB-2020-00204, pending in the First Judicial District Court, County of Santa Fe, State of New Mexico (the "Probate").

2. I have personal knowledge of the facts stated in this Declaration.

3. The treasure chest and its contents that my father hid sometime in 2010 and that was subject of "the chase" is not owned by or in the possession or control of the Estate.

4. The treasure chest and its contents are not in Inventory I prepared as part of the Probate or any other proceeding.

5. The treasure chest and its contents were never owned by the Estate and at no time have been in my possession or control.

_[signature: Zoe Fenn Old]_　　　　　　　　　　　　Date: July 20, 2020

Zoe Old Fenn, Personal Representative
of the Estate of Forrest Burke Fenn, and
individually

## CERTIFICATE OF SERVICE

Barbara Andersen hereby certifies that on March 1, 2022 the **MOTION TO INTERVENE** was filed and delivered via the ECF filing system to:

Terry Coombs
1439 W. Chapman Ave.
Orange, CA 92868


/s/Barbara Andersen
Barbara Andersen
3201 Zafarano, Suite C
Box 259
Santa Fe, New Mexico 87507
Barbandersen323@yahoo.com