NO. 1:22-CV-00041 JHR

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 08 2022

MITCHELL R. ELFERS
CLERK

PETITIONER: David Woodard

DEFENDANT: Terry Coombs, Barbara Anderson, Forrest Fenn/Zoe Old, Jack Stuef

IN THE DISTRICT COURT
New Mexico JUDICIAL DISTRICT
Albuquerque NM.
{COUNTY, STATE}

## MOTION TO INTERVENE

I, David Robert Woodard, move to intervene as a petitioner in the case stated above.

**Intervention is warranted according to law/code:** Code of Ethics (I am the true solver)

**The court's ability to provide a fair and just ruling on this case will be impaired without my intervention in the following ways:**

Terry Coombs and Barbara Anderson are under the assumption that they have the correct solve of Forrest Fenn's Rocky Mountain Treasure Hunt. This is not correct whatsoever in any shape, mannor nor do they have the correct solve or location.

**I should be granted the right of intervention on the following grounds:**

That I am the true solver of Forrest Fenn's treasure hunt. I have guaranteed 100% that without a doubt I can and will prove this statement to be true. I had found the treasure chest location with a cross bearing the Names Kent + Ester! The actual solve associated with Clark Kent and Aunt Esther connected with the stories.

Signature: David Woodard     Date: 3-7-22

**David Robert Woodard**

48 Knowlton street Gardner
Massachusetts 01440
978-895-0498
drwood1000@gmail.com

03/07/2022

U. S. District Court

Albuquerque NM

Case no. CV-00041

333 Lomas Blvd.

Suite 270

Albuquerque NM 87102

To whom this may concern,

Hi David Robert Woodard am filing a motion to intervene in the court case cv-00041 between Terry Coombs and Barbara Anderson and Forrest Fenn/ Zoe Old and Jack Stuef.

With full intent to explain and show that the actual true solve of the Forrest Fenn treasure hunt was solved by myself David Woodard by producing the actual solve with hundreds of hint's clues and quote's all answered fully and understood in a full treasure map explanation!!!

All of this information is 100% true and accurate according to dates of discovery of the treasure chest location and the actual blaze in the poem.

This information will dispel any other solve that has come forward from the Forrest Fenn community, it will prove that Terry Coombs and Barbara Anderson's solutions are both incorrect!

At this point in time I am representing myself in this court proceeding As to my primary goal right now is to prove to the world that Forrest Fenns treasure hunt was solved by David Woodard by solving the nine clue poem that brought me to the precise spot of the hidden treasure location which had the cross showing the name's Kent and Ester!

The magnitude of these name's is critical in validation for the true Solve!

Of the many validation fact's I attained during this hunt, this is a brief example of these name connections;

Kent and Ester: The story looking for Lewis and Clark, is in reality looking for Lois and Clark insinuating Clark "Kent". So you were literally supposed to be looking for Kent on the cross. Alias "Superman " This is validated by many superheroes being brought up in the books along with many, many other hints to bring it together!

The story (My war for me) Forrest Fenn mentions how important a grave marker was to him in Vietnam and on the marker was a statement "smile at a homely girl" this homley girl, is the connection on the cross with Esther being Aunt Esther from (Sanford and son) show! This also is backed up with multiple hints in the books. Forrest Fenn's legacy of this treasure hunt was a search into the hundred's of famous people "Star's" that he talked about meeting his whole life, and our job as searcher's was to find the main 2 characters within the hints in the books.

As solidified proof from the quote's in the first book "Dancing with the stars"

I am sincerely hoping to put Closure for the Forrest Fenn community, the new Mexico court system and the world by everyone knowing who truly Solved this decade treasure Hunt! No more frivolous law suits should be opened after the TRUTH comes out!!!

**I am looking forward to hearing from you soon!**

**Yours sincerely,**

**David Woodard**

*David Woodard*
48 Knowlton St.
Gardner MA. 01440
978 895-0498











# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

PRESS FIRMLY TO SEAL

**FROM:** (PLEASE PRINT)  PHONE ( 978 ) 895-0498
David Woodard
48 Knowlton St.
Gardner, MA. 01440

**TO:** (PLEASE PRINT)  PHONE (   )
Albuquerque
U.S. District Court
333 Lomas Blvd.
Suite 270
Albuquerque NM. 87102

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 01440
Date Accepted (MM/DD/YY): 03-07-22
Time Accepted: 4:16 PM
Weight: Flat Rate
Scheduled Delivery Date: 03-08-22
Scheduled Delivery Time: 3:00 PM
Postage: $26.95
Total Postage & Fees: $26.95

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 08 2022
DEPUTY

GARDNER, MA
01440
MAR 07, 22
AMOUNT
$26.95
R2305M146816-04

EI 116 561 451 US

PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2