# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

TERRY COOMBS,

    Plaintiff,

v.                                                      1:22-cv-00041-KG-JHR

FORREST FENN, ZOE OLD,
JENNY KILE, DOUGLAS PRESTON,
TAYLOR SWIFT and JACK STUEF,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                                                         **UNITED STATES DISTRICT JUDGE**